JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SIMENTAL, <br><br> Petitioner, <br> v. <br><br> LELAND McEWAN. Warden, <br><br> Respondent. | Case No. EDCV 11-1502-DMG (OP) <br><br> J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 29, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE